UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERICKSON, ET AL., | Case No.: C 06-03733 PJH |
| Plaintiffs, | [PROPOSED] ORDER GRANTING LEAVE TO DEFENDANTS SUNAMERICA SECURITIES, INC. AND AIG ADVISOR GROUP, INC. TO FILE STATEMENT IN SURREPLY ON MOTION FOR REMAND |
| v. | |
| EDWIN TORES, ET AL., | |
| Defendants. | |

Defendants SunAmerica Securities, Inc. and AIG Advisor Group, Inc.'s request for leave of Court to file a brief statement in surreply concerning plaintiffs' motion for remand is hereby GRANTED. Defendants shall file their statement of no more than two pages no later than July __, 2006.

IT IS SO ORDERED.

Dated: 8/4/06

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*