UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ERICKSON, et al.,

    Plaintiffs,

    v.

EDWIN TORRES, et al.,

    Defendants.
_____/

No. C 06-3733 PJH

**ORDER GRANTING MOTION TO REMAND**

    Before the court is plaintiffs' motion to remand. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS the motion.

    While it appears likely that there is no federal subject matter jurisdiction, the court grants the motion because it finds that the notice of removal was untimely. Accordingly, this action is remanded to the Superior Court of California, County of Contra Costa.

    The request for fees and costs is DENIED.

**IT IS SO ORDERED.**

Dated: August 10, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge